# Court of Appeals
# of the State of Georgia

ATLANTA,  March 28, 2017

*The Court of Appeals hereby passes the following order:*

## A17I0172.  JASON HARRIS v. THE STATE.

Jason Harris filed this application for interlocutory appeal from the superior court's order denying his Plea in Bar/Motion in Autrefois Convict, which was based upon Double Jeopardy grounds.  Such an order is directly appealable. See *Patterson v. State*, 248 Ga. 875, 876-877 (287 SE2d 7) (1982); *Miller v. State*, 204 Ga. App. 562, 563 (420 SE2d 12) (1992). This Court will grant a timely application for interlocutory appeal if the order is subject to direct appeal and the applicant has not otherwise filed a timely notice of appeal. See *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004).  Because the order complained of here is subject to direct appeal, this application is hereby GRANTED.  Harris shall have ten days from the date of this order to file a notice of appeal in the superior court, provided that he has not otherwise filed a timely notice of appeal from the denial of his motion. The clerk of the superior court is directed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/28/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*